IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MATTHEW REECE,<br>　　　　PLAINTIFF, | §<br>§<br>§ |
| V. | § CAUSE NO. 1:19-CV-051-LY<br>§ |
| WELLS FARGO BANK, N.A.,<br>　　　　DEFENDANT. | §<br>§<br>§ |

## FINAL JUDGMENT

The court's referral of nondispositive and dispositive motions in this matter (Doc. #4) to United States Magistrate Judge Mark Lane is **WITHDRAWN**.

Defendant Wells Fargo, N.A.'s Motion to Dismiss was filed January 25, 2019 (Doc. #5), seeking dismissal of Plaintiff's claims with prejudice for failure to state a claim upon which relief can be granted. Plaintiff Matthew Reece's response was due February 8, 2019. *See* W.D. Tex. Local R. CV-7(e) (requiring party opposed to motion to respond within 14 days of service of motion and allowing district court to grant motion as unopposed if no timely response is filed). As of the date of this order, Reece has not filed a response to the motion for summary judgment. In light of the aforementioned,

Pursuant to Local Rule CV-7(e), Wells Fargo, N.A.'s motion may be granted as unopposed, if review of the pleadings reveals that dismissal is warranted. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007); *cf. John v. Louisiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707–10 (5th Cir. 1985). Having reviewed the motion and the pleadings in this cause, the court finds that the motion to dismiss should be granted for failure to state a claim for relief.

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo, N.A.'s Motion to Dismiss filed January 25, 2019 (Doc. #5) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff Matthew Reece's claims against Defendant Wells Fargo, N.A. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Wells Fargo, N.A. is awarded costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this __5th__ day of March, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE